```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 15293
   MARIA R GARCIA
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-7946


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/19/2004 and was confirmed 07/14/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
  creditors an estimated  60.34% from remaining funds.

     The case was paid in full 08/24/2007.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------------
NATIONWIDE ACCEPTANCE~    SECURED             3000.00         278.27         3000.00
IDEAL DENTAL LABORATORY   UNSECURED         NOT FILED            .00             .00
JEWEL FOOD                UNSECURED OTH        76.06             .00           45.85
ZTEL COMMUNICATIONS INC   UNSECURED         NOT FILED            .00             .00
AMERITECH                 UNSECURED         NOT FILED            .00             .00
AMERITECH                 NOTICE ONLY       NOT FILED            .00             .00
SIR FINANCE               UNSECURED OTH      1292.00             .00          778.78
DENTISTRY FOR KIDS LTD    UNSECURED         NOT FILED            .00             .00
ILLINOIS DEPT PUBLIC AID  UNSECURED OTH      1860.03             .00         1121.17
PALOS ANESTHESIA ASSOC    UNSECURED         NOT FILED            .00             .00
COMMONWEALTH EDISON       NOTICE ONLY       NOT FILED            .00             .00
NCO FINANCIAL             UNSECURED         NOT FILED            .00             .00
SWEDISH COVENANT HOSPITA  UNSECURED         NOT FILED            .00             .00
NEXTCARD                  UNSECURED         NOT FILED            .00             .00
NORDSTROM                 UNSECURED         NOT FILED            .00             .00
MERRICK BANK              UNSECURED OTH      1521.54             .00          917.14
MARLIN INTEGRATED         NOTICE ONLY       NOT FILED            .00             .00
NATIONWIDE ACCEPTANCE~    UNSECURED OTH      2891.69             .00         1747.80
STEFANS STEFANS & STEFAN  REIMBURSEMENT       154.00             .00          154.00
STEFANS STEFANS & STEFAN  DEBTOR ATTY        2,200.00                        2,200.00
TOM VAUGHN                TRUSTEE                                              556.99
DEBTOR REFUND             REFUND                                               438.84

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE               11,238.84

PRIORITY                                       154.00
SECURED                                      3,000.00
   INTEREST                                    278.27

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 15293 MARIA R GARCIA
```

```
UNSECURED                                                       4,610.74
ADMINISTRATIVE                                                  2,200.00
TRUSTEE COMPENSATION                                              556.99
DEBTOR REFUND                                                     438.84
                                        ---------------    ---------------
TOTALS                                       11,238.84         11,238.84
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
   Dated: 11/29/07                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```